**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-4407**

---

UNITED STATES OF AMERICA,

Plaintiff,

and

KIRELL FRANCIS TAYLOR, a/k/a Sadeeq Abdul Al
Haqq; Dr. Sadeeq Abdul Al Haqq Kirell,

Intervenor - Appellant,

versus

ZACARIAS MOUSSAOUI, a/k/a Shaqil, a/k/a Abu
Khalid al Sahrawi,

Defendant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:01-cr-00455-LMB)

---

Submitted: June 15, 2006                    Decided: June 19, 2006

---

Before KING, SHEDD, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kirell Francis Taylor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kirell Francis Taylor appeals a district court order denying his motion to intervene. We agree with the district court that the motion was frivolous. Accordingly, we deny Taylor's motion to proceed in forma pauperis and dismiss his appeal as frivolous. We also deny his motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED